JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 10-6393 PA |
|---|---|
| Plaintiff/Respondent, | CR 09-242 PA |
| v. | JUDGMENT |
| JESSICA ARIAS GUERRERO, | |
| Defendant/Petitioner. | |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. § 2255 is denied and the action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 8, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE